## William B. Berry, Appellee, v. William W. Vincent, Appellant.

### Gen. No. 42,852.

Heard in the first division, first district, this court at the October term, 1943; opinion filed February 28, 1944. Leslie H. Whipp, for appellant; Robert Irmiger, for appellee; James J. Cusack, Jr. and John F. Cusack, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.